# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 3, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

161940 & (40)(41)

WARREN CITY COUNCIL,
        Plaintiff-Appellee,

v

SONJA BUFFA,
        Defendant-Appellant,

and

FRED MILLER,
        Defendant-Appellee.

_____/

SC: 161940
COA: 354663
Macomb CC: 2020-002868-AW

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the September 2, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2020



Clerk

s0903